IN THE UNTIED STATES DISTRICT COURT FOR THE
NORTHER DISTRICT OF NEW YORK UTICA DIVISION


*1996*

**AFFIDAVIT OF SERVICE**

Index no : 6:13-CV-0121 (TJM/TWD)
Date Index Number Purchased: 02/01/2013

| Plaintiff(s): | CHOICE HOTELS INTERNATIONAL, INC. |
|---|---|
| Defendant(s): | FULTONVILLE HOSPITALITY GROUP, INC., FULTONVILLE HOSPITALITY GROUP II, LLC, and CHINNAMMA GEORGE a/k/a ANNIE GEORGE a/k/a ANNIE KOLATH a/k/a SAJIMOLE GEORGE |

STATE OF NEW YORK
COUNTY OF WARREN     ss.:

**Daniel P Clothier**, the undersigned, being duly sworn, deposes and says that I was at the time of service over the age of eighteen and not a party to this action. I reside in the STATE OF NEW YORK.

On **03/05/2013** at **3:41 PM**, I served the within **SUMMONS IN A CIVIL ACTION, COMPLAINT IN A CIVIL ACTION AND NOTICE** with a attached **GENERAL ORDER #25, CASE MANAGEMENT PLAN, CASE ASSIGNMENT/MOTION SCHEDULES AND FILING LOCATIONS and CONSENT FORM TO PROCEED BEFORE U.S. MAGISTRATE JUDGE** on **CHINNAMMA GEORGE a/k/a ANNIE GEORGE a/k/a ANNIE KOLATH a/k/a SAJIMOLE GEORGE** at **708 Riverview Road, Rexford, NY 12148** in the manner indicated below:

**SUITABLE AGE:** by delivering thereat a true copy of each to **Seju Augustine**, BROTHER of **CHINNAMMA GEORGE a/k/a ANNIE GEORGE a/k/a ANNIE KOLATH a/k/a SAJIMOLE GEORGE**, a person of suitable age and discretion. Said premises is **CHINNAMMA GEORGE a/k/a ANNIE GEORGE a/k/a ANNIE KOLATH a/k/a SAJIMOLE GEORGE** 's usual place of abode within the state.

On **03/06/2013**, deponent enclosed a copy of same in a first class postpaid envelope bearing the words "Personal & Confidential" properly addressed to defendant and defendant's last known residence, at **708 Riverview Road, Rexford, NY 12148** and deposited said envelope in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State. The envelope did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney or concerned an action against the defendant.
In addition, a copy was also mailed to **CHINNAMMA GEORGE a/k/a ANNIE GEORGE a/k/a ANNIE KOLATH a/k/a SAJIMOLE GEORGE** on **03/06/2013** by certified/return receipt mail at the given address, certified mail receipt number: **7011 3500 0000 5588 6636**

A description of the Recipient, or other person served on behalf of the Recipient is as follows:

| Sex | Color of skin/race | Color of hair | Age | Height | Weight |
|---|---|---|---|---|---|
| Male | Brown | Bald | 35 | 5'4"-5'8" | 161-200 lbs |
| Other Features: | | | | | |

I asked the person spoken to whether **Defendant(s)** was in the active military service or financially dependent upon any one who is in the military service of the United States or of the State of New York in any capacity whatever and received a negative reply. The source of my information and belief are the conversations above narrated. Upon information and belief I aver that the recipient is not in the military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

Sworn to and subscribed before me on
MARCH 12, 2013

_Susan A Yarter_
Notary Public,

SUSAN A. YARTER
Notary Public, State of New York
Washington Co. #01YA6072393
Commission Expires Apr. 1, 2014

X_Daniel P Clothier_
Daniel P Clothier
Able Process Servers
PO BOX 2595
Glens Falls, NY 12801
518-636-3092
Atty File#: