IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK
UTICA DIVISION

|   |   |
|---|---|
| CHOICE HOTELS INTERNATIONAL, INC. ) ) Plaintiff ) ) vs. ) FULTONVILLE HOSPITALITY GROUP, INC., ) FULTONVILLE HOSPITALITY GROUP II, LLC, ) and CHINNAMMA GEORGE ) a/k/a ANNIE GEORGE ) a/k/a ANNIE KOLATH ) a/k/a SAJIMOLE GEORGE ) ) Defendants. ) ) | Civil Action No.: 6:13cv121 (TJM/TWD) |

**CERTIFICATE OF SERVICE BY MAIL**

STATE OF NEW YORK)
                )ss.:
COUNTY OF WARREN)

    Plaintiff, Choice Hotels International, Inc., by and through its counsel, McPhillips, Fitzgerald & Cullum L.L.P., hereby certifies that it served a copy of the following document(s):

        Motion for Admission of Counsel Pro Hac Vice dated March 29, 2013;
        Certificate of Good Standing for Attorney Matthew Ladenheim;
        Oath on Admission of Attorney Matthew Ladenheim;
        Petition for Admission to Practice of Attorney Matthew Ladenheim;
        Proposed Order Admitting Attorney Matthew Ladenheim;
        E-Filing Registration Form of Attorney Matthew Ladenheim; and
        Affidavit of Sponsor Edward P. Fitzgerald;

    on    Chinnamma George (a/k/a Annie George; a/k/a Annie Kolath; a/k/a Sajimole George)
    at:    708 Riverview Road
           Rexford, NY 12148

by mailing and depositing a true and correct copy of said document(s) in a mailbox located at:

288 Glen Street, Glens Falls, NY, on March 29, 2013.

Plaintiff certifies that the foregoing is true and correct.

DATED: March 29, 2013

                                     MCPHILLIPS, FITZGERALD & CULLUM L.L.P.

By:     s/Edward P. Fitzgerald
        Edward P. Fitzgerald
        McPhillips, Fitzgerald & Cullum L.L.P.
        288 Glen Street, P.O. Box 299
        Glens Falls, NY  12801
        Phone: 518-792-1174
        Fax:  518-792-1675
        Email:  efitzgerald@mfcllp.com
        Northern District No.:  516066

*Attorneys for Plaintiff*
*Choice Hotels International, Inc.*