U.S. DISTRICT COURT N.D. OF N.Y.
FILED
AUG - 7 2014
AT____ O'CLOCK____
Lawrence K. Baerman, Clerk  Binghamton

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK
UTICA DIVISION

| | |
|---|---|
| CHOICE HOTELS INTERNATIONAL, INC. ) <br> ) <br> Plaintiff ) <br> ) <br> vs. ) <br> FULTONVILLE HOSPITALITY GROUP, INC., ) <br> FULTONVILLE HOSPITALITY GROUP II, LLC, ) <br> and CHINNAMMA GEORGE ) <br> a/k/a ANNIE GEORGE ) <br> a/k/a ANNIE KOLATH ) <br> a/k/a SAJIMOLE GEORGE ) <br> ) <br> Defendants. ) <br> _____) | Civil Action No.:6:13cv121 <br> (TJM/TWD) |

## JOINT STIPULATION OF DISMISSAL AS TO
## DEFENDANT CHINNAMMA GEORGE A/K/A ANNIE GEORGE
## A/K/A ANNIE KOLATH A/K/A SAJIMOLE GEORGE

**COME NOW** the Plaintiff, Choice Hotels International, Inc., and Defendant Chinnamma George a/k/a Annie George a/k/a Annie Kolath a/k/a Sajimole George, by and through their respective legal counsel, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, and hereby stipulate to a dismissal of the remaining claims in the above-captioned proceeding. Each party shall bear its own costs and fees. This Court has previously entered Judgment against Defendants Fultonville Hospitality Group, Inc. and Fultonville Hospitality Group II, LLC. [Doc. 33]. Accordingly, the present dismissal relates ONLY to Defendant Chinnamma George a/k/a Annie George a/k/a Annie Kolath a/k/a Sajimole George.

Dated: August 4, 2014.

Respectfully Submitted,

| McPhillips, Fitzgerald & Cullum, L.L.P | Hacker Murphy, L.L.P |
|---|---|
| By : s/Edward P. Fitzgerald<br>Edward P. Fitzgerald<br>288 Glen Street,<br>Glens Falls NY, 12801<br>Phone: 518.792.1174<br>Fax: 518.792.1675<br>Email: efitzgerald@mfcllp.com<br>Bar Roll 516066<br><br>Of Counsel:<br>Matthew J. Ladenheim<br>TREGO, HINES & LADENHEIM, PLLC<br>9300 Harris Corners Parkway, Suite 210<br>Charlotte, NC 28269<br>P.704.599.8911<br>F.704.599.8719<br>(N.C. Bar No. 29309)<br>mjl@thl-iplaw.com<br>Admitted Pro Hac Vice<br>Bar Roll 603003<br><br>Attorneys for Plaintiff<br>Choice Hotels International, Inc. | By : s/John F. Harwick<br>John F. Harwick<br>7 Airport Park Boulevard<br>Latham, New York 12110<br>Phone: 518.783.3843<br>Bar Roll 508156<br><br>Attorneys for Annie Kolath |

SO ORDERED.

Dated: August 7, 2014

_____
Hon. Thomas J. McAvoy, SUSDJ